IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOWARD FARMER, JR.
SSN:XXX-XX-7718,

    Plaintiff,

    v.

NANCY A. BERRYHILL
Acting Commissioner of Social
Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2579-TWT

**ORDER**

This is an action seeking review of a decision of the Commissioner denying the Plaintiff's application for an award of Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending reversing the decision of the Commissioner and remanding for further proceedings. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is REVERSED and the action is REMANDED for further proceedings as set forth in the Report and Recommendation.

SO ORDERED, this 6 day of August, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge